UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA BARGE,<br><br>    Plaintiff,<br><br>v.<br><br>MARC HORWITZ, et al.,<br><br>    Defendants. | Case No. 21-cv-02558-HSG<br><br>**ORDER DIRECTING PLAINTIFF TO PROVIDE ADDRESSES** |

On July 6, 2021, Plaintiff Melissa Barge filed an amended complaint. *See* Dkt. No. 9. In December 2021, the Court adopted Magistrate Judge Spero's Report and Recommendation, Dkt. No. 11, in every respect, resulting in the dismissal of some of Plaintiff's claims. *See* Dkt. No. 16. When adopting the Report and Recommendation, the Court ordered service of the First Amended Complaint on all Defendants. *Id.* at 2. Because Plaintiff's has been authorized to proceed in forma pauperis, service will be made by the United States Marshals. *See* Dkt. No. 8 at 1; Fed. R. Civ. P. 8(c)(3). However, in order for service to be attempted, the U.S. Marshals need Defendants' addresses. Plaintiff will not be able to proceed with this case until Defendants have been served. Plaintiff is **DIRECTED** to provide to the Court addresses at which each of the Defendants can be served by March 23, 2022.

**IT IS SO ORDERED.**

Dated: 3/10/2022

                                                                                          
HAYWOOD S. GILLIAM, JR.
United States District Judge