UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA BARGE,<br><br>        Plaintiff,<br><br>    v.<br><br>MARC HORWITZ, et al.,<br><br>        Defendants. | Case No. 21-cv-02558-HSG<br><br>**ORDER DIRECTING PLAINTIFF TO PROVIDE ADDRESSES OR FACE DISMISSAL** |

On March 10, 2022, Plaintiff was directed to provide to the Court addresses at which each Defendant can be served. Dkt. No. 17. After Plaintiff failed to reply to the Court's order, the Court issued an order to show cause why the case should not be dismissed for failure to prosecute, and again directed Plaintiff to provide Defendants' addresses. Dkt. No. 18. In her response, Plaintiff supplied an address for one of the four Defendants, Ken Betts Towing. Dkt. No. 19. The Court has no addresses for, and therefore cannot order the U.S. Marshal to serve, the three remaining Defendants: Marc Horwitz, Alameda Police Department, and City of Alameda. By July 15, 2022, Plaintiff must either (i) provide addresses at which each of these Defendants can be served or (ii) serve them herself. Any Defendant for whom no address is provided, and that Plaintiff does not otherwise serve, will be dismissed under Federal Rule of Civil Procedure 4(m) for failure to effect timely service. The Court stresses that it is Plaintiff's responsibility, not the Court's, to either supply the information necessary for the U.S. Marshal to effect service, or to make proper service at her own expense.

**IT IS SO ORDERED.**

Dated: 6/27/2022

                                                HAYWOOD S. GILLIAM, JR.
                                                United States District Judge