1
2
3
4                        UNITED STATES DISTRICT COURT
5                       NORTHERN DISTRICT OF CALIFORNIA
6
7     MELISSA BARGE,                          Case No.  21-cv-02558-TLT
8                    Plaintiff,
                                              **ORDER OF DISMISSAL FOR LACK**
9           v.                                **OF SUBJECT MATTER**
                                              **JURISDICTION**
10    KEN BETT'S TOWING COMPANY,
                                              Re: ECF No. 48
11                   Defendant.
12
13          On March 27, 2023, the Court ordered Plaintiff Melissa Barge to respond to an Order to

14    Show Cause ("OSC") why it should not dismiss this action for lack of subject matter jurisdiction.

15    *See* ECF No. 48.  The Court advised Plaintiff that "by no later than April 17, 2023, Plaintiff shall

16    explain in writing why this case should not be dismissed for lack of subject matter jurisdiction."

17    *Id.* at 3.  Alternatively, the Court advised Plaintiff that she may respond to the OSC by filing

18                   a second amended complaint by April 17, 2023, which clearly and
                     simply states (1) the basis for subject matter jurisdiction, (2) the claim
19                   Plaintiff seeks to bring in federal court against Defendant Ken Bett's
                     Towing Company (see Fed. R. Civ. P. 8), and (3) the specific action(s)
20                   Defendant Ken Bett's Towing Company allegedly took, or failed to
                     take, and the injury resulting from the claim.
21

22    *Id.*  To date, Plaintiff has not complied with the OSC.  Accordingly, for good cause appearing, the

23    Court hereby **DISMISSES** this action without prejudice for lack of subject matter jurisdiction.

24    *See Leite v. Crane Co.*, 749 F.3d 1117, 1121 (9th Cir. 2014) (The plaintiff bears the burden of

25    establishing the existence of subject matter jurisdiction.); *see also* Fed. R. Civ. P. 12(h)(3) (Courts

26    have a duty to consider its subject matter jurisdiction *sua sponte*.); *Scholastic Entm't, Inc. v. Fox

27    Entm't Grp., Inc.*, 336 F.3d 982, 985 (9th Cir. 2003) (If a court determines it lacks subject matter

28    jurisdiction, the court may dismiss the action *sua sponte*.).

United States District Court
Northern District of California

1    This Order terminates this action.

2    **IT IS SO ORDERED.**

3  Dated: April 20, 2023

4                                                    _____
                                                     TRINA L. THOMPSON
5                                                    United States District Judge

United States District Court
Northern District of California